■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY McCOY, Appellant. [619 NYS2d 997] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the verdict is against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Rape, 1st Degree.) Present— Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD PINCKNEY, Appellant. [619 NYS2d 998] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wiggins, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILL A. THOMAS, Appellant. [619 NYS2d 998] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAUERN ASHFORD, Appellant. [619 NYS2d 998] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wiggins, Jr., J.—Sodomy, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.